UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ryan Laverne Barnhill　　　　　　　　　　　　　　Docket No. 7:05-CR-69-1BO

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ryan Laverne Barnhill, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession with the Intent to Distribute Cocaine Base, and 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 9, 2006, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On December 23, 2011, pursuant to 18 U.S.C. § 3582(c)(2), the court granted a reduction of the defendant's sentence from 135 months to 105 months.

Ryan Laverne Barnhill was released from custody on March 25, 2013, at which time the term of supervised release commenced.

On March 9, 2017, a revocation hearing was held and the term of supervised release was revoked. The defendant was sentenced to a 12 month term of imprisonment in the Bureau of Prisons. It was further ordered that upon release from custody, the defendant be placed on supervised release for a term of 12 months under the previously imposed conditions.

On October 13, 2017, the newly imposed term of 12 months supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 12, 2018, the defendant attempted to use an apparatus designed for defrauding a urinalysis. When confronted, the defendant admitted his actions. He also admitted that he used cocaine and marijuana on March 11, 2018. The defendant expressed remorse for his actions, and has admitted he is struggling with his addiction. He wishes to become sober once again, and has requested assistance in doing so. As a result, the probation office has been working with his treatment provider to address the defendant's addiction. As it relates to the violations, it is the recommendation of this officer that the defendant be placed on 60 days curfew with location monitoring, and the addition of the warrantless search condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

Ryan Laverne Barnhill
Docket No. 7:05-CR-69-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,					I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith					/s/ Corey Rich
Eddie J. Smith						Corey Rich
Supervising U.S. Probation Officer			U.S. Probation Officer
							150 Rowan Street Suite 110
							Fayetteville, NC 28301
							Phone: 910-354-2540
							Executed On: March 15, 2018

### ORDER OF THE COURT

Considered and ordered this __19__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge